UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBERT NEIL,
              Plaintiff,

v.

INSITE STREET MEDIA, LLC,
              Defendant.

------------------------------------------------------------x

**ORDER OF DISMISSAL**

20 CV 10246 (VB)

The Court has been advised that the parties have reached agreement on all issues in this case through Court annexed mediation. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than August 9, 2021. To be clear, any application to restore the action must be filed by August 9, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

Dated: July 9, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge